PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Rex Hill

Crim. No. 8:25CR00206

On May 19, 2025 the above named was placed on probation/supervised release for a period of 24 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Savannah L. Wheelock

*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of September, 20 26.

Brian C. Buescher
Chief United States District Judge